■ SUSANNE W. SPENCER, Appellant, v JUDSON H. SPENCER, Respondent. — Order, Supreme Court, New York County (Gabel, J.), entered December 19, 1980, unanimously affirmed, without costs and without disbursements. As to the pre-existing $5,000 liquidated debt, of which amount $2,000 has been paid

leaving $3,000 due, that issue is not before this court and was not passed upon at Special Term or in the Referee's report. Appellant is free to pursue her remedies with respect thereto. Concur — Murphy, P. J., Kupferman, Sullivan, Carro and Lupiano, JJ.